FOGELSON, Respondent, v. LEVENSON, Appellant. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by Dina Fogelson, an infant, by Jennie Waldman, her guardian ad litem, against Morris Levenson. From an order denying a motion to set aside an ex parte order, made before institution of the action, allowing plaintiff to sue in forma pauperis, and from an order vacating an order requiring plaintiff to file security for costs, defendant appeals. Affirmed.
PER CURIAM. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J. I dissent upon the ground that the petition is not accompanied by a certificate of a counselor at law to the effect that he has examined the case, and is of the opinion that the applicant has a good cause of action, which is the requirement of section 459 of the Code of Civil Procedure.